IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

LUKE LLOYD CLARK,            )
                             )
        Petitioner,           )
                             )
    v.                       )   1:25-cv-206
                             )
EDDIE M. BUFFALOE, JR.,      )
                             )
        Respondent.          )

## ORDER

On March 26, 2025, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 2, 3.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 2), is **ADOPTED. IT IS FURTHER ORDERED** that this action is construed as a habeas petition under 28 U.S.C. § 2254 and is hereby **DISMISSED WITHOUT PREJUDICE** to Petitioner filing a new petition which corrects the defects of the current Petition, and shall be accompanied by either the five-dollar filing fee or a current application to proceed in forma pauperis.

The court further finds there is no substantial showing of the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, therefore a certificate of appealability is not issued.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 29th day of April, 2025.

                                                  /s/ William L. Osteen, Jr.
                                            United States District Judge

- 2 -

Case 1:25-cv-00206-WO-JLW    Document 4    Filed 04/29/25    Page 2 of 2